THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Cazario Marshall, Respondent,

v.

State of South Carolina, Petitioner.

Appellate Case No. 2010-161448

_____

ON WRIT OF CERTIORARI

_____

Appeal from Allendale County
Paul M. Burch, Trial Judge
Perry M. Buckner, Post-Conviction Judge

_____

Memorandum Opinion No. 2013-MO-002
Submitted January 24, 2013 – Filed February 6, 2013

_____

**DISMISSED AS IMPROVIDENTLY GRANTED**

_____

Attorney General Alan Wilson, Chief Deputy Attorney General John W. McIntosh, Senior Assistant Deputy Attorney General Salley W. Elliott, and Assistant Attorney General Suzanne H. White, all of Columbia, for the State.

Appellant Defender Kathrine H. Hudgins of Columbia for Respondent.

————————

**PER CURIAM:**  We granted the State's writ of certiorari to review the grant of Respondent's application for post-conviction relief (PCR).  We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.**